## Lithuanian Workers Association Liquor License Case.

Argued April 13, 1961. Before ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ. (RHODES, P. J., absent).

*John F. Gloeckner,* for appellant.

*John E. Caputo,* Special Assistant Attorney General, with him *Horace A. Segelbaum* and *George G. Lindsay,* Assistant Attorneys General, and *Anne X. Alpern,* Attorney General, for Pennsylvania Liquor Control Board, appellee.

OPINION PER CURIAM, June 15, 1961:
The Order of the County Court of Allegheny County is affirmed on the opinion of Judge JAMES M. GUFFEY for the court below, reported at 24 Pa. D. & C. 2d 95.